UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-50096 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Conspiracy to Distribute a Controlled Substance |
| JAY PAUL GALLEGO, DANIELLE DAWN WHIRLWIND HORSE, RIANA BREWER, SHAWNNA RAE BREWER, MAKAYLA MOUSSEAUX, | (21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)) |
| Defendants. | |

The Grand Jury charges:

Beginning at a time unknown to the Grand Jury but no later than 2016, and continuing to on or about the date of this Indictment, in the District of South Dakota and elsewhere, the defendants, Jay Paul Gallego, Danielle Dawn Whirlwind Horse, Riana Brewer, Shawnna Rae Brewer, and Makayla Mousseaux, knowingly and intentionally, combined, conspired, confederated and agreed with each other and other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).

A TRUE BILL

**NAME REDACTED**

Foreperson

DENNIS R. HOLMES
Acting United States Attorney

By